In the Matter of the Judicial Settlement of the Account of ABBIE O. BRIGG et al., as Executors and Trustees of BENJAMIN L. BRIGG, Deceased.

HENRY BISCHOFF, JR., et al., as Testamentary Guardians, Appellants, *v.* ABBIE O. BRIGG, as Executrix, et al., Respondents.

*Matter of Brigg,* 39 App. Div. 485, affirmed.
(Argued January 28, 1901; decided February 15, 1901.)

APPEAL from an order of the Appellate Division of the Supreme Court in the first judicial department, made April

85

17, 1899, affirming a decree of the New York County Surrogate's Court settling the accounts of Abbie O. Brigg and Hartwell A. Wilkins as executors of and trustees under the will of Benjamin L. Brigg, deceased, and refusing to award commissions to the appellants as testamentary guardians.

*John A. Straley* and *Albert J. Appell* for appellants.

*John C. Gulick* and *Frank Schaeffler* for respondents.

Order affirmed, with costs ; no opinion.

Concur: GRAY, BARTLETT, VANN, CULLEN and WERNER, JJ. Dissenting : PARKER, Ch. J. Not voting : MARTIN, J.